### FRANCIS v. COLLIER.

(Decided June 4, 1914.)

APPEAL. from Morgan Chancery Court.

Heard before Hon. W. H. SIMPSON.

EYSTER & EYSTER, for appellant.  CALLAHAN & HARRIS, for appellee.

MAYFIELD, J.—The decree of the Chancery Court is affirmed.

ANDERSON, C. J., SOMERVILLE and GARDNER, JJ., concur.

---

### FRICKE v. WILHITE, ET AL.

(Decided May 19, 1914.)

APPEAL from Morgan Circuit Court.

Heard before Hon. D. W. SPEAKE.

No counsel marked for either party.

Per curiam.  Appeal dismissed.

---

### KIMBRELL v. STRICKLAND.

(Decided April 23, 1914.)

APPEAL from Fayette Circuit Court.

Heard before Hon. BERNARD HARWOOD.

No counsel marked for appellant. BEASLEY & WRIGHT, for appellee.

Per curiam.  Affirmed on certificate.